UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH HOPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WENDY'S OF THE PACIFIC, INC., dba WENDY'S; WENDY'S INTERNATIONAL, LLC; STEVEN CARL FISHBEIN and DOES 1-10, inclusive,<br><br>　　　　Defendants. | No. CIV. S-14-542 LKK/EFB<br><br><br><br>**ORDER** |

　　Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than thirty (30) days from the effective date of this order.

　　All hearing dates heretofore set in this matter are hereby **VACATED.**

　　<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

////

1

1      IT IS SO ORDERED.

2      DATED:  April 29, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT